No. 89–765.   WHITFIELD v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 89–5198.   ANDERSON v. WASHINGTON.   Sup. Ct. Wash. Certiorari denied.

No. 89–5540.   HAINES ET AL. v. WISCONSIN.   Sup. Ct. Wis. Certiorari denied.

No. 89–5569.   BUCEY v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 89–5578.   THOMPSON v. MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 89–5591.   LUTEN v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 89–5605.   ANDERSON ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 89–5637.   PASTOR v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–5684.   ABDUL-AKBAR v. FOWLER ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–5732.   WATSON v. JENNINGS ET AL.   C. A. 3d Cir. Certiorari denied.

No. 89–5789.   GIBSON v. UNITED STATES ARMY ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–5815.   TRIPATI v. FEDERAL DEPOSIT INSURANCE CORPORATION.   C. A. 10th Cir.   Certiorari denied.

No. 89–5821.   MCKEEVER v. BLOCK ET AL.   C. A. 9th Cir. Certiorari denied.

No. 89–5838.   BOUT v. BROWN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89–5857.   HOSKINS v. VASQUEZ, WARDEN.   C. A. 9th Cir. Certiorari denied.